IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE B. SMITH,

      Plaintiff,

v.                                  CASE NO. 4:11cv573-RH/CAS

MORRIS A. YOUNG, in his
official capacity as the Sheriff
of Gadsden County, Florida,

      Defendant.

_____/

## ORDER ON MOTION TO DISMISS

      This case is before the court on the report and recommendation, ECF No. 34, and the objections, ECF No. 36. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

      The report and recommendation correctly concluded that the complaint named the wrong defendant—the Gadsden County Sheriff's Office instead of the Sheriff in his official capacity. The recommendation was for dismissal of the complaint with leave to amend. The plaintiff now has tendered an amended complaint correcting the error.

IT IS ORDERED:

1. The report and recommendation is ACCEPTED.

2. The motion to dismiss, ECF No. 25, is GRANTED IN PART.

3. Leave is granted to file the amended complaint, ECF No. 37.  It is deemed filed as of June 25, 2012.

4. The case style is amended as set out on this order.

5. The case is remanded to the magistrate judge.

SO ORDERED on June 23, 2012.

                                  s/Robert L. Hinkle  
                                  United States District Judge