IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE B. SMITH,

    Plaintiff,

v.                                      CASE NO. 4:11cv573-RH/CAS

MORRIS A. YOUNG, SHERIFF
OF GADSDEN COUNTY, FLORIDA,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 60. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The defendant's motion for summary judgment, ECF No. 49, is GRANTED. The clerk must enter judgment stating, "The complaint is dismissed with prejudice." The clerk must close the file.

SO ORDERED on April 22, 2013.

                                              s/Robert L. Hinkle
                                              United States District Judge